UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


APRIL M. BROTT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Case No. 1:12-cv-574
Hon. Hugh W. Brenneman, Jr.

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: September 20, 2013          /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge